IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ROBERT XAVIER BAEZ ORTIZ

xx-xx-8311

　　　　　Debtor(s)

CASE NO. 20-01021-ESL13
Chapter 13

FILED & ENTERED ON JAN/10/2023

ORDER GRANTING RECONSIDERATION

　　This case is before the Court on the following motion: The debtor(s)' request for reconsideration of the order dismissing the instant case (docket entry #38).

　　Due notice having been given, there being no opposition and good cause appearing thereof, the motion is granted. See dkt. #39. The dismissal order entered on December 12, 2022 (dkt. #36) is vacated and set aside.

　　IT IS SO ORDERED.

　　In San Juan, Puerto Rico, this 10 day of January, 2023.

Enrique S. Lamoutte
United States Bankruptcy Judge